UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MILLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MORRIS,<br><br>    Defendant. | Case No. 19-cv-03986-SI<br><br>**ORDER**<br><br>Re: Dkt. No. 14 |

The court ordered service of process on a single defendant who plaintiff identified as "correctional officer Morris" at San Quentin State Prison. The Marshal was unable to serve the defendant with this information and reported to the court "Institution needs *first initial* or full name of individual to serve properly." Docket No. 14 (emphasis in source). No later than **April 30, 2020**, plaintiff must file a notice providing a first name or first initial for correctional officer Morris so that he may be served with process. Plaintiff can, for example, ask his correctional counselor and write to the personnel office at San Quentin to try to obtain that information. If plaintiff does not provide the information needed to serve process on this defendant, the action will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: March 3, 2020

SUSAN ILLSTON
United States District Judge