UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MILLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MORRIS,<br><br>        Defendant. | Case No. 19-cv-03986-SI<br><br>**ORDER** |

On March 3, 2020, the court ordered plaintiff to provide by April 30th a first name or first initial for defendant correctional officer Morris so that Morris could be served with process. Docket No. 15. Plaintiff did not obtain the information and instead asked the court to obtain it for him. Docket No. 17. The court declines, as it is plaintiff's obligation to comply with court orders and is not the court's obligation to prosecute his case for him. The court will give plaintiff one last chance to provide the information. No later than **August 3, 2020**, plaintiff must file a notice providing a first name or first initial for correctional officer Morris at San Quentin State Prison. Failure to do so will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: June 12, 2020

_____
SUSAN ILLSTON
United States District Judge