UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MILLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MORRIS,<br><br>        Defendant. | Case No. 19-cv-03986-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 27 |

Defendant has filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Tessa Lessner, the court GRANTS the request. Docket No. 27. The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion no later than **July 9, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **August 6, 2021**. Defendant must file and serve his reply brief (if any) no later than **August 20, 2021.**

       **IT IS SO ORDERED**.

Dated: March 31, 2021

                                             SUSAN ILLSTON<br>
                                             United States District Judge