UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MILLEN,<br><br>            Plaintiff,<br><br>       v.<br><br>M. MORRIS,<br><br>            Defendant. | Case No. 19-cv-03986-SI (pr)<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 29, 30, 33 |

The docket sheet for this action shows that plaintiff lost interest in it after he was released on parole on November 5, 2020.

Pursuant to Federal Rule of Civil Procedure 41(b), defendant moved to dismiss plaintiff's lawsuit for failure to prosecute. Docket No. 33. Plaintiff filed no opposition or non-opposition to the motion to dismiss. In fact, plaintiff has not filed anything in this action since he filed a letter dated September 15, 2020. Docket No. 21.

The Court has read and considered defendant's motion and finds that good cause exists to grant the motion. In light of plaintiff's failure to comply with the order to keep the court informed of his current address (Docket No. 9 at 10), plaintiff's failure to provide discovery responses, appear at deposition, or even communicate with defense counsel, and plaintiff's failure to file anything in more than one year indicating any interest in the action, defendant's motion to dismiss for failure to prosecute (Docket No. 33) is GRANTED. This action is dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The clerk shall close the file and terminate any remaining pending motions as moot (Docket Nos. 29, 30).

**IT IS SO ORDERED**.

Dated: December 10, 2021

_____
SUSAN ILLSTON
United States District Judge