UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MILLEN,<br>        Plaintiff,<br>    v.<br>M. MORRIS,<br>        Defendant. | Case No. 19-cv-03986-SI (pr)<br><br>**JUDGMENT** |

This action is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 10, 2021

_____
SUSAN ILLSTON
United States District Judge